UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Charlie Andrew Wigfall**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-CV-00231-SMD |
| ) | |
| **Cellco Partnership, dba Verizon Wireless**, and ) | |
| **Trans Union, LLC**, ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Charlie Andrew Wigfall, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., and further, pursuant to the *Order* of this Court (doc. 12), and hereby notices the dismissal, with prejudice, of the claims herein against Cellco Partnership, dba Verizon Wireless.  As grounds, Plaintiff represents that the matters between him and Cellco Partnership, dba Verizon Wireless have recently been resolved per terms of a confidential agreement.

**RESPECTFULLY SUBMITTED** this the 4th day of June 2021.

/s/ Anthony B. Bush
Anthony B. Bush, Esq.

**OF COUNSEL:**
The Bush Law Firm, LLC
Counsel for Plaintiff
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
Phone:	(334) 263-7733
Facsimile:	(334) 832-4390
Email: anthonybbush@yahoo.com
         abush@bushlegalfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this the 4th day of June 2021, I have served the foregoing document as follows:

| | |
|---|---|
| By CMECF: | Matthew Whittle Robinett, Counsel for Trans Union, LLC |
| By Email: | Yolande L. Sandy, Sr. Analyst, Legal Support Litigation, Cellco Partnership |
| By First-Class Mail: | Cellco Partnership<br>c/o CT Corporation System, Registered Agent<br>2 North Jackson Street; Suite 605<br>Montgomery, AL 36104 |

                                                     /s/ Anthony B. Bush
                                                     Of Counsel