**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 8, 2021

# NOTICE OF CLERK'S DISMISSAL

Re:  Wigfall v. Cellco Partnership et al
     Civil Action No. 2:21-cv-00231-SMD

Pursuant to the Notice of Voluntary Dismissal (document # 13) filed by the Plaintiff on 6/4/2021 and Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant Cellco Partnership, doing business as Verizon Wireless, is dismissed with prejudice without an order of the court.