UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Charlie Andrew Wigfall**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v.  ) | Civil Action No. 2:21-CV-231 |
| ) | |
| **Trans Union, LLC**, ) | |
| ) | |
| *Defendant*. ) | |

### JOINT STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff, Charlie Andrew Wigfall, and Defendant, Trans Union, LLC, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and jointly stipulate to the dismissal, with prejudice, of all claims herein this proceeding by and between these parties with all costs and fees taxed as paid. The undersigned counsel represents that he has the express consent and permission of Matthew Whittle Robinett, Esq., counsel for Trans Union, LLC, to affix his electronic signature hereon and that these parties have agreed to the terms of this stipulation.

**RESPECTFULLY SUBMITTED** this the 8th day of June 2021.

/s/ Anthony B. Bush
Anthony B. Bush, Attorney at Law

**OF COUNSEL:**
**The Bush Law Firm, LLC**
Counsel for Plaintiff
Parliament Place Professional Center
3198 Parliament Circle 302
Montgomery, Alabama 36116
Phone:        (334) 263-7733
Facsimile:    (334) 832-4390
Email: anthonybbush@yahoo.com
         abush@bushlegalfirm.com

2

/s/ Matthew Whittle Robinett
Matthew Whittle Robinett, Attorney at Law

**OF COUNSEL:**
**Matthew Whittle Robinett**
ASB-3523-I72M
**ATTORNEY FOR DEFENDANT TRANS UNION LLC**
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL   35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
Email: mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 8th day of June 2021, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Parties of Record, including counsel for Defendant Trans Union, LLC.

/s/ Anthony B. Bush
Of Counsel