**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2021

# NOTICE OF CLERK'S DISMISSAL

Re:  Wigfall v. Trans Union, LLC
     Civil Action No. 2:21-cv-00231-SMD

Pursuant to the Joint Stipulation of Dismissal (document # 17) filed by the parties on 6/8/2021 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice without an order of the court.